# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: Thompson Jr, Jewel  
Thompson, Robin R  
Debtors

Case No. 09 B 08186

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/11/2009.

2) The plan was confirmed on 05/14/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was dismissed on 05/10/2012.

6) Number of months from filing or conversion to last payment: 38.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $2,300.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $33,163.50 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$33,163.50** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,484.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,798.37 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,282.37** |
| Attorney fees paid and disclosed by debtor | $350.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American General Finance | Secured | $646.00 | $646.00 | $646.00 | $646.00 | $14.61 |
| American General Finance | Secured | $1,175.00 | $1,175.00 | $1,175.00 | $1,175.00 | $38.91 |
| American General Finance | Secured | $567.00 | $567.00 | $567.00 | $567.00 | $12.24 |
| Pay Day Loans | Secured | $759.00 | $759.00 | $759.00 | $759.00 | $40.55 |
| Westlake Financial Services | Secured | $19,702.00 | $19,702.46 | $19,702.00 | $19,702.00 | $1,060.13 |
| Account Recovery Service | Unsecured | $137.00 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | NA | $300.88 | $300.88 | $23.71 | $0 |
| American General Finance | Unsecured | NA | $164.08 | $164.08 | $12.93 | $0 |
| American General Finance | Unsecured | NA | $43.43 | $43.43 | $3.42 | $0 |
| Anderson Financial Network | Unsecured | $212.00 | NA | NA | $0 | $0 |
| Arrow Financial Services | Unsecured | $374.00 | NA | NA | $0 | $0 |
| Arrow Financial Services | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $80.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $584.88 | $584.88 | $46.11 | $0 |
| Asset Acceptance | Unsecured | NA | $905.45 | $905.45 | $71.38 | $0 |
| AT&T | Unsecured | $420.00 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services | Unsecured | $33.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Check Systems | Unsecured | $89.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $6,624.00 | $7,552.26 | $7,552.26 | $595.31 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $2,000.00 | NA | NA | $0 | $0 |
| City of Rockford | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $291.00 | NA | NA | $0 | $0 |
| Columbus Bank & Trust | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $231.19 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $205.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $102.78 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $635.00 | NA | NA | $0 | $0 |
| Dominick's Finer Foods | Unsecured | $80.00 | NA | NA | $0 | $0 |
| Edfinancial Services | Unsecured | $3,353.00 | NA | NA | $0 | $0 |
| First Source Bank | Unsecured | $120.00 | NA | NA | $0 | $0 |
| Gateway Chevrolet Oldsmobile | Unsecured | $500.00 | NA | NA | $0 | $0 |
| General Revenue Corp | Unsecured | $7,055.96 | NA | NA | $0 | $0 |
| H & F Law | Unsecured | $163.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $540.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $501.00 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commissi | Unsecured | $3,353.00 | $7,382.14 | $7,382.14 | $0 | $0 |
| J C Penney - GEMB | Unsecured | $140.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $480.00 | $481.14 | $481.14 | $37.92 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $1,071.48 | $1,071.48 | $84.46 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $1,305.00 | $1,305.90 | $1,305.90 | $102.93 | $0 |
| Jewel Food Stores | Unsecured | $110.00 | NA | NA | $0 | $0 |
| Land Trust Company LLC | Unsecured | NA | $4,929.05 | $4,929.05 | $388.54 | $0 |
| Ludlow Acceptance | Unsecured | $4,643.00 | $4,642.99 | $4,642.99 | $365.97 | $0 |
| MDU | Unsecured | $130.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $98.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $95.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $1,546.00 | $1,551.31 | $1,551.31 | $122.29 | $0 |
| Millenium Credit Consultants | Unsecured | $151.00 | NA | NA | $0 | $0 |
| Miracle Financial Inc | Unsecured | $2,517.25 | NA | NA | $0 | $0 |
| Monterey Financial Services | Unsecured | $172.00 | $172.80 | $172.80 | $13.62 | $0 |
| National Financial Sys | Unsecured | $209.00 | NA | NA | $0 | $0 |
| Nationwide Credit & Collection | Unsecured | $116.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $738.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $720.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCO Financial Services Inc | Unsecured | $265.48 | NA | NA | $0 | $0 |
| Northshore Agency Inc | Unsecured | $83.00 | NA | NA | $0 | $0 |
| Northwest Memorial Hospital | Unsecured | $1,500.00 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $6,573.00 | $7,860.98 | $7,860.98 | $619.64 | $0 |
| Pay Day Loans | Unsecured | $0.25 | NA | NA | $0 | $0 |
| Payday OK | Unsecured | $309.21 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $334.00 | $333.96 | $333.96 | $26.32 | $0 |
| Portfolio Recovery Associates | Unsecured | $919.00 | $919.16 | $919.16 | $72.46 | $0 |
| Professional Education Inst | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Progressive Management Systems | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Rash Curtis & Associates | Unsecured | $313.00 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $1,071.00 | NA | NA | $0 | $0 |
| Robert Morris College | Unsecured | $5.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $199.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $2,906.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $2,906.00 | $5,404.96 | $5,404.96 | $0 | $0 |
| Sallie Mae | Unsecured | $2,433.00 | NA | NA | $0 | $0 |
| Security Credit Systems | Unsecured | $2,823.00 | NA | NA | $0 | $0 |
| Seventh Avenue | Unsecured | $275.00 | NA | NA | $0 | $0 |
| SKO Brenner American | Unsecured | $5,000.00 | NA | NA | $0 | $0 |
| State Collection Service | Unsecured | $333.00 | NA | NA | $0 | $0 |
| TeleCheck | Unsecured | $45.00 | NA | NA | $0 | $0 |
| Today's Dentistry | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| United Auto Credit Corporation | Unsecured | $4,512.00 | $6,967.81 | $6,967.81 | $549.23 | $0 |
| United States Dept Of Education | Unsecured | $6,829.00 | $11,110.88 | $11,110.88 | $0 | $0 |
| United States Dept Of Education | Unsecured | NA | $22,493.05 | $22,493.05 | $0 | $0 |
| Universal Lenders Inc | Unsecured | NA | $559.06 | $559.06 | $0 | $0 |
| Vital Recovery Services | Unsecured | $153.00 | NA | NA | $0 | $0 |
| Westlake Financial Services | Unsecured | NA | $0.46 | $0.46 | $0.04 | $0 |
| Westwood College | Unsecured | $900.00 | $9,253.05 | $9,253.05 | $729.41 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $19,702.00 | $19,702.00 | $1,060.13 |
| All Other Secured | $49,538.03 | $3,147.00 | $106.31 |
| **TOTAL SECURED:** | $69,240.03 | $22,849.00 | $1,166.44 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $49,600.13 | $3,865.69 | $0 |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,282.37 |
| Disbursements to Creditors | $27,881.13 |
| **TOTAL DISBURSEMENTS:** | $33,163.50 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: June 29, 2012        By: /s/ MARILYN O. MARSHALL
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.